No. 10–6314. BERRYHILL *v.* SEAY, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA,

ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.